
1  ROBERT H. ROTSTEIN (SBN 72452), rxr@msk.com
   EMILY F. EVITT (SBN 261491), efe@msk.com
2  JAMES BERKLEY (SBN 347919), jdb@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
3  2049 Century Park East, 18th Floor
   Los Angeles, CA  90067-3120
4  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
5
   Attorneys for Defendant
6  Netflix, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  WHYTE MONKEE PRODUCTIONS, LLC, and TIMOTHY SEPI,    CASE NO. 5:23-cv-03438

13           Plaintiffs,

14       v.                                             *Removed from Superior Court for Santa Clara County Case No. 23CV413161*

15  NETFLIX, INC.                                       **DECLARATION OF HALEY LY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

16           Defendant.

17

Mitchell Silberberg & Knupp LLP

15589711.2

**DECLARATION OF HALEY LY**

# DECLARATION OF HALEY LY

I, HALEY LY, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am Manager, Litigation & Consumer Claims for Defendant Netflix, Inc. ("Netflix"). I joined the company on September 4, 2019. I make this declaration based on personal knowledge and in support of the Notice of Removal in the above-captioned matter.

2. Pursuant to my job responsibilities, I am familiar with Netflix's books and records pertaining to the company's corporate status. At the time the complaint was filed in this matter, on or around March 17, 2023, and today, Netflix maintains its principal place of business and headquarters in Los Gatos, California. Netflix is, and was at the time of the filing of the complaint in this matter, incorporated under the laws of the State of Delaware.

3. In connection with its corporate structure, Netflix uses a software system called BluePrint Entity Management. Today, I checked that system and confirmed that Netflix, Inc. is incorporated in Delaware. Additionally, I have reviewed information publicly available on the State of Delaware, Department of State: Division of Corporations website, available at https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx, which also reflects that Netflix is currently a Delaware corporation and was at the time the complaint was filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of July, 2023, at Boise, Idaho.

_____
Haley Ly

Mitchell Silberberg & Knupp LLP

15589964.1