ROBERT H. ROTSTEIN (SBN 72452), rxr@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
JAMES BERKLEY (SBN 347919), jdb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Netflix, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| WHYTE MONKEE PRODUCTIONS, LLC, and TIMOTHY SEPI, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC. <br><br> Defendant. | CASE NO.   5:23-cv-03438 <br><br> ***Removed from Superior Court for Santa Clara County Case No. 23CV413161*** <br><br> **DECLARATION OF JAMES BERKLEY IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

I, James D. Berkley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney-at-law, duly licensed to practice law in the State of California, and before this Court. I am Special Counsel of the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), which is counsel of record for Defendant Netflix, Inc. Except as otherwise noted, I know the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2.      On or about September 14, 2020, Plaintiffs in the current action, Whyte Monkee Productions LLC and Timothy Sepi (collectively "Plaintiffs"), filed an action for copyright infringement in U.S. District Court for the Western District of Oklahoma against Defendant Netflix Inc., pertaining to the same *Tiger King* documentary series that is the subject of this action (the "W.D. Oklahoma Action").

3.      Plaintiffs amended their complaint in the W.D. Oklahoma action twice. The final amendment, and last operative complaint in the W.D. Oklahoma Action, was their second amended complaint, filed on or about December 13, 2021.  This second amended complaint included a second defendant, the production company that made the *Tiger King* documentary series. Attached hereto as **Exhibit 1** is a true and correct copy of the second amended complaint in the W.D. Oklahoma Action.

4.      On or about April 27, 2022, the District Court in the W.D. Oklahoma Action awarded summary judgment to both defendants on the basis that Plaintiffs did not own seven of the eight videos alleged to be infringing, and that any use of the eighth video was fair use.  On or about September 30, 2022, the District Court in the W.D. Oklahoma Action awarded attorney's fees and costs to Defendants.  The W.D. Oklahoma Action is currently on appeal before the United States Court of Appeals for the Tenth Circuit.

5.      In the W.D. Oklahoma Action, Plaintiff Timothy Sepi filed an affidavit in support of a request to proceed on appeal *in forma pauperis*.  In that affidavit, Mr. Sepi identified Glasgow, Virginia as his legal residence.  A true and correct copy of this affidavit is attached hereto as **Exhibit 2**.

1    6.    Attached hereto as **Exhibit 3** is a true and correct copy of a page appearing on the

2  website Staffmeupp.com, titled "Tim Sepi's Profile and Production Credits," which I accessed and

3  caused to be printed on or about July 10, 2023 from the Uniform Resource Locator ("URL")

4  https://staffmeup.com/profile/id/1357501.

5    I declare under penalty of perjury of the laws of the United States of America that the

6  foregoing is true and correct.

7    Executed this 10th day of July, 2023, at Los Angeles, California.

8

9

10                                          James D. Berkley

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

**DECLARATION OF JAMES D. BERKLEY IN SUPPORT OF NOTICE OF REMOVAL**

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| WHYTE MONKEE PRODUCTIONS, LLC, an Oklahoma Limited Liability Company, and TIMOTHY SEPI, an individual, | ) ) ) ) ) Case No. CIV-20-933-D |
| Plaintiffs, | ) ) |
| v. | ) ) **JURY TRIAL DEMANDED** |
| NETFLIX, INC., a Delaware Corporation, and ROYAL GOODE PRODUCTIONS LLC, a New York Limited Liability Company, | ) ) ) ) ) |
| Defendants. | ) ) |

## SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, Whytee Monkee, LLC and Timothy Sepi ("Plaintiffs") for their Complaint against Netflix, Inc. and Royal Goode Productions, LLC ("Defendants") allege the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq.*

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), & 1367(a).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391 (b), (c) and/or 1400(a).

## THE PARTIES

4.     Plaintiff, Whyte Monkee Productions, LLC, is a limited liability company organized and existing under the laws of Oklahoma.

5.     Plaintiff, Timothy Sepi, is an individual residing in Glasgow, Virginia.

6.     On information and belief, Defendant Netflix, Inc. ("Netflix") is a corporation organized under the laws of Delaware with a principal place of business at 100 Winchester Circle, Los Gatos, California 95032. Netflix is registered to do business in the state of Oklahoma.

7.     On information and belief, Defendant Royal Goode Productions, LLC is a limited liability company organized under the laws of New York with offices in New York, New York.

## BACKGROUND

8.     Timothy Sepi began working with Joseph Allen Schreibvogel, also known as Joseph Maldanado-Passage and perhaps better known as "Joe Exotic," at the Garold Wayne Zoological Park (the "Park") in March of 2015.

9.     Joe Exotic and the Park have been the subject of widespread attention through the years which has increased exponentially in 2020 as a result of the release of the documentary miniseries "Tiger King" on the Netflix streaming service.

10.     While employed by the Park, Mr. Sepi worked as a graphic designer and photographer taking photos for the public tours that took place at the Park. Mr. Sepi's job responsibilities for the Park specifically excluded any videography.

2

11.    In late March of 2015, a fire destroyed much of the video footage of Joe Exotic and the Park that had been taken before before Mr. Sepi's arrival.

12.    After the fire, in May of 2015, Mr. Sepi formed Whyte Monkee Productions, LLC ("Whyte Monkee") with the approval of Joe Exotic. Mr. Sepi was the sole member, owner and manager of Whyte Monkee.

13.    Whyte Monkee was formed for the purpose of producing videos of Joe Exotic that would produce income for Whyte Monkee.

14.    Whyte Monkee produced extensive videos with its own equipment until September 2016 (the "Whyte Monkee Videos"). Several of the Whyte Monkee Videos were uploaded on YouTube with notices that Whyte Monkee owned all copyrights.

15.    Five of the Whyte Monkee Videos have been registered with the U.S. Copyright Office: (1) Reg. No. PA 2-250-500; (2) Reg. No. PA 2-250-501; (3) Reg. No. PA 2-250-502; (4) Reg. No. PA 2-262-710; (5) Reg. No. PAu 4-048-067 (the "Whyte Monkee Copyrighted Works").

16.    Three videos by Mr. Sepi individually have been registered with the U.S. Copyright Office: (1) Reg. No. PA 2-262-631; (2) Reg. No. PA 2-262-679' and (3) Pau 4-048-090 (the "Sepi Copyrighted Works").

17.    On March 20, 2020, Netflix released the Tiger King documentary miniseries and was reportedly watched by over 34 million viewers in the U.S. during the first 10 days.

18.    The Tiger King documentary states that it is "A NETFLIX ORIGINAL DOCUMENTARY SERIES."

19.     On information and belief, defendant Royal Goode Productions, LLC produced or co-produced the Tiger King documentary miniseries.

20.     Five of the eight episodes in the Tiger King documentary feature numerous Clips filmed by Mr. Sepi and produced by Whyte Monkee (the "Clips"). These Clips include video from both the Whyte Monkee Copyrighted Works and the Sepi Copyrighted Works (referred to collectively as the "Copyrighted Works"). Attached as Exhibit 1 is a summary of the Clips that were used in Tiger King, listing the episode number and timestamps for each Clip.

21.     On information and belief, Defendants gained access to the Whyte Monkee Copyrighted Works and the Sepi Copyrighted Works by purchasing from Joe Exotic certain computer hard drives that contained the Copyrighted Works.

22.     Mr. Sepi and Whyte Monkee did not grant Defendants permission to use any of the Clips in the Tiger King documentary.

23.     On April 10, 2020, counsel for Mr. Sepi sent a letter to Netflix, providing notice of copyright infringement and requesting a negotiated licensing arrangement. Netflix has never responded to the letter.

24.     To date, neither Mr. Sepi nor Whyte Monkee have received any royalties or compensation for use of the Clips in the Netflix Tiger King documentary, nor have either received any acknowledgement in the credits.

## CLAIM ONE: COPYRIGHT INFRINGEMENT

25.     Plaintiffs repeat, re-allege, and incorporate by reference all preceding paragraphs of this Complaint.

4

26.     Plaintiffs are the owners of the Copyrighted Works.

27.     Defendants copied Clips of the Copyrighted Works and used them without permission in the Tiger King documentary. Additionally, copying is established by Defendants' access to the works and the striking similarity of the Clips used in the Tiger King documentary (they are identical) to the Copyrighted Works.

28.     Without Plaintiffs' permission, Defendants copied, prepared derivative works, distributed, marketed, and published Clips of Plaintiffs' Copyrighted Works as part of the Netflix Tiger King documentary series. These acts by Defendants are an infringement of Plaintiffs' Copyrighted Works.

29.     Due to Defendant's copyright infringement, Plaintiffs have suffered damages in the form of actual damages and Defendant's profits in an amount to be established at trial.

30.     Defendant's infringing conduct will continue unless enjoined by this Court.

### **Prayer for Relief**

Plaintiffs demand judgment against Defendants as follows:

a.      That Defendants, their affiliates, agents, and employees be permanently enjoined from infringing Plaintiffs' copyrights in and to the Copyrighted Works;

b.      That Plaintiffs be awarded all direct or indirect profits of Defendants, the damages to Plaintiffs and any other monetary advantage gained by Defendants through the infringement, the exact sum to be proven at the time of trial;

c.      That Plaintiffs be awarded the costs of this action; and

d.  That Plaintiffs be awarded such further legal and equitable relief as the Court deems

proper.

**JURY TRIAL DEMANDED.**

**ATTORNEY LIEN CLAIMED.**

Respectfully submitted,

s/Phillip L. Free, Jr.
Phillip L. Free, Jr., OBA #15765
PHILLIP FREE LAW, PLLC
1300 E. 9th Street, Suite 8
Edmond, OK 73034
(405) 446-8811
phil.free@okcIPLaw.com

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the clerk of the court will transmit a notice of electronic filing to those registered participants of the ECF system.

<div style="margin-left:40%">

s/Phillip L. Free, Jr.
Phillip L. Free, Jr.

</div>

# EXHIBIT 2

# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

District Court No. 5:20 - Cv- 00933

Appeal No. 22-6086

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br>Date: 07 19 2022 |

My issues on appeal are:

*1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $1,800 | $ N/A | $1,800 | $ N/A |
| Self-employment | $ 200 | $ N/A | $ 200 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): N/A | $ 0 | $ N/A | $ 0 | $ N/A |
| Total Monthly income: | $ 2,000 | $ N/A | $ 2,000 | $ N/A |

*2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*



| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| KOA Campgrounds | 214 Kildeer Ln VA, 24578 | August 2021 | $2,055 |
| Natural Bridge ZOO | 5784 S. Lee Hwy VA, 24578 | January 2016 | $1,500 |

*3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

2

4. *How much cash do you and your spouse have?* $ 1,500

*This Represent how much Cash I have Being I have No spouse JR*

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of Boteourt | Checking | $ 1,250 | $ N/A |
| N/A | N/A | $ 0 | $ N/A |
| | | $ 0 | $ N/A |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| N/A | N/A | Make & year: Model: Registration#: N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: Model: Registration#: N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 800 | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 300 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 250 | $ N/A |
| Clothing | $ 50 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 150 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 200 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100 | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ N/A |
| Homeowner's or renter's | $ 0 | $ N/A |
| Life | $ 0 | $ N/A |
| Health | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Other: N/A | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): SALES TAX VA (5.3) | $ Unsure? J&= | $ N/A |
| Installment payments | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Credit card (name): N/A | $ N/A | $ N/A |
| Department store (name): N/A | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |

4

Alimony, maintenance, and support paid to others $ 0   $ N|A

Regular expenses for operations of business, profession,
or farm (attach detailed statement) $ 0   $ N|A

Other (specify): ___N|A___ $ 0   $ N|A

**Total monthly expenses:** $ 1850   $ N|A

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes  ☒ No                    If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — on attorney any money for services in connection with this case, including the completion of this form?* ☒ Yes  ☐ No

If yes, how much? $ 1,500

If yes, state the attorney's name, address, and telephone number:

Andrew Grimm

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☒ Yes  ☐ No

If yes, how much? $ 1,000

If yes, state the person's name, address, and telephone number:

_____
_____
_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

My "Life" is based off of working Day to Day, hard Labor for either family ☐ or A Local Company. Full-Time I work as Grounds-Keeper/Maintence for a Local Campground and receive in pay slightly Above Minimum wages Not Really enough to Live within this economy. But I Try.

5

13. *State the address of your legal residence.*

778 Tinkerville Rd

Glasgow VA 24555

Your daytime phone number: (540) 319 - 8034

Your age: 35          Your years of schooling: 2

# EXHIBIT 3



Join Free    Post Jobs Free

Log In 



# Tim Sepi

Lexington, VA

## Summary



💬 Message



My name is Timmy, a creative young professional. Few of my top qualities include self motivation and hard work ethics. Skills that I have acquired pertain to all phases of media production, from writing and story board to producing and directing. My primary skills are photography and camera operation, but are not limited and able to adjust to ever changing tasks and/or duties. Able to make strict deadlines to ensure no production delays.

## Orgs



U.S. Press Agency    U.S. Press Association

## Recos



Would you like to write a recommendation for Tim? Write a Recommendation »

## Education



### Suffolk Community College Campus

Photography/Graphic Design

Class





| Video Editing | still photography | Graphic Design | Marketing/Promotions |
| Video camera operation | Story Board Writing | Technical Audio Set Up |

Skills

Home    How it Works    Advertise    Contact    Help    Privacy Policy    Do Not Sell my PII    Terms of Service

**TESTIMONIALS**
What Job Seekers are Saying
What Job Posters Are Saying

**FINDING JOBS**
Find a Job
Jobs I've Applied To

**POSTING JOBS**
Post a Job
Jobs I've Posted

**MY WORK ALERTS**
View Work Alert Hits
Manage Work Alerts
Create a New Work Alert

**MY COVER LETTERS**
Cover Letter Library
Create a New Cover Letter

**ACCOUNT**
My Experience
My Subscription
My Contact Information
My Settings
Login
Forgot Password
#Setlife

© 2023 Staff Me Up. All Rights Reserved.