UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WHYTE MONKEE PRODUCTIONS, LLC, and TIMOTHY SEPI,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC.<br><br>Defendant. | CASE NO.  5:23-CV-03438-PCP<br><br>The Honorable P. Casey Pitts<br><br>***Removed from Superior Court for Santa Clara County Case No. 23CV413161***<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO EXTENSION OF DATES FOR RESPONSE TO COMPLAINT AND ANY ASSOCIATED BRIEFING**<br><br>*[Stipulation and Declaration of James D. Berkley filed concurrently herewith]* |

CASE NO. 5:23-cv-03438-PCP
[PROPOSED] ORDER

16482791.1

1  After full consideration of the parties' Stipulation to Extension of Dates for Response to
2  Complaint and Any Associated Briefing (the "Stipulation"), the Court hereby orders as follows:
3  The Stipulation is **GRANTED**:
4  The current deadlines for Netflix's response to the Complaint and any associated motions or
5  briefing will be extended by three weeks, namely:

1. Netflix's deadline to respond to the Complaint shall be **June 7, 2024**.
2. Plaintiffs' deadline to respond to any motion to dismiss or *forum non conveniens* motion shall be **July 5, 2024**.
3. Netflix's reply deadline shall be **July 26, 2024**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   May 3, 2024

_____
Honorable P. Casey Pitts
United States District Judge