ROBERT H. ROTSTEIN (SBN 72452), rxr@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
JAMES D. BERKLEY (SBN 347919), jdb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Netflix, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WHYTE MONKEE PRODUCTIONS, LLC, and TIMOTHY SEPI,<br><br>            Plaintiffs,<br><br>     v.<br><br>NETFLIX, INC.,<br><br>            Defendant. | CASE NO. 5:23-CV-03438-PCP<br><br>[The Honorable P. Casey Pitts]<br><br>***Removed from Superior Court for Santa Clara County Case No. 23CV413161***<br><br>**DEFENDANT NETFLIX, INC.'S STATEMENT OF NON-OPPOSITION IN RESPONSE TO PLAINTIFFS' SECOND MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (DKT. 44)** |

CASE NO. 5:23-cv-03438-PCP
**STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' SECOND MOTION TO EXTEND**

1    Defendant Netflix, Inc. ("Netflix") hereby provides the following statement of non-opposition in response to Plaintiffs' Second Motion to Extend Time to Respond to Defendants' Motion to Dismiss (Dkt. 44) (Dkt. 48, the "Second Motion to Extend").

In light of the circumstances, Netflix does not oppose Plaintiffs' Second Motion to Extend. However, Netflix would like to apprise the Court of certain dates it will not be available for a rescheduled hearing on its Motion to Dismiss, currently scheduled for August 22, 2024.  *See* Dkt. 47.  These dates of non-availability are August 25, 2024 through September 8, 2024.

Netflix thanks the Court for its consideration of the foregoing.

DATED: July 16, 2024

ROBERT H. ROTSTEIN
EMILY F. EVITT
JAMES BERKLEY
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ James D. Berkley
    James D. Berkley
    Attorneys for Defendant Netflix, Inc.