UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHYTE MONKEE PRODUCTIONS LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant. | Case No. 23-cv-03438-PCP <br><br> **JUDGMENT** |

On November 22, 2024, the Court granted defendant's motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Netflix, Inc. and against Whyte Monkee Productions LLC and Timothy Sepi. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 22, 2024

_____
P. Casey Pitts
United States District Judge