1  ROBERT H. ROTSTEIN (SBN 72452), rxr@msk.com
   EMILY F. EVITT (SBN 261491), efe@msk.com
2  JAMES D. BERKLEY (SBN 347919), jdb@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
3  2049 Century Park East, 18th Floor
   Los Angeles, CA  90067-3120
4  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100

6  Attorneys for Defendant Netflix, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| WHYTE MONKEE PRODUCTIONS, LLC, and TIMOTHY SEPI,<br><br>  Plaintiffs,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>  Defendant. | CASE NO. 5:23-CV-03438-PCP<br><br>[The Honorable P. Casey Pitts]<br><br>***Removed from Superior Court for Santa Clara County Case No. 23CV413161***<br><br>**STIPULATION TO EXTENSION OF TIME FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** |
|---|---|

1  Pursuant to Local Rule 6-2, Plaintiffs Whyte Monkee Productions, LLC and Timothy Sepi
2  (collectively "Plaintiffs") and Defendant Netflix, Inc. ("Netflix") hereby stipulate as follows.
3  This stipulation is entered into based on the following facts:
4  1.  On June 7, 2024, Netflix filed a Motion to Dismiss the Complaint Pursuant to Fed.
5  R. Civ. P. 12(b)(6) (ECF 44, 45);
6  2.  On August 6, 2024, Plaintiffs filed an Opposition to Netflix's Motion to Dismiss
7  (ECF 53), following a one-day extension of their deadline (ECF 51, 52);
8  3.  On September 3, 2024, Netflix filed a Reply in support of its Motion to Dismiss
9  (ECF 54, 55);
10 4.  On October 3, 2024, the Court heard oral argument on Netflix's Motion to Dismiss
11 (ECF 57);
12 5.  On November 22, 2024, the Court granted Netflix's Motion to Dismiss, dismissed
13 Plaintiffs' claims with prejudice, and entered judgment in favor of Netflix (ECF 58, 59);
14 6.  Netflix intends to file a Motion for Attorneys' Fees and Bill of Costs, pursuant to 17
15 U.S.C. § 505, Fed. R. of Civ. P. 54(d), and Local Rules 54-1 to 54-5.
16 7.  In light of the Thanksgiving holiday and the winter holidays, the parties agree to a
17 two-week extension of the deadline for Netflix to file its intended Motion for Attorneys' Fees and
18 Bill of Costs.
19 8.  The proposed extensions will not otherwise affect the case schedule, as judgment
20 has been entered in favor of Netflix, and the case is concluded.
21 NOW THEREFORE, the parties agree as follows:
22 Upon consent of the Court, the deadline for Netflix to file a Motion for Attorneys' Fees and
23 Bill of Costs shall be **December 20, 2024**.
24 //
25 //
26 //
27 //
28

DATED: November 27, 2024

RESPECTFULLY SUBMITTED,

RYAN HAMILTON
HAMILTON LAW LLC

By: /s/ Ryan Hamilton
    Ryan Hamilton
    Attorneys for Plaintiffs Whyte Monkee
    Productions, LLC and Timothy Sepi

DATED: November 27, 2024

ROBERT H. ROTSTEIN
EMILY F. EVITT
JAMES BERKLEY
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ James D. Berkley
    James D. Berkley
    Attorneys for Defendant Netflix, Inc.

### Attestation Regarding Signatures-Local Rule 5-1(i)(3)

I, James D. Berkley, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ James D. Berkley
    James D. Berkley
    Attorneys for Defendant Netflix, Inc.