ROBERT H. ROTSTEIN (SBN 72452), rxr@msk.com
EMILY F. EVITT (SBN 261491), efe@msk.com
JAMES D. BERKLEY (SBN 347919), jdb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant Netflix, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WHYTE MONKEE PRODUCTIONS, LLC, and TIMOTHY SEPI,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | CASE NO. 5:23-CV-03438-PCP<br><br>[The Honorable P. Casey Pitts]<br><br>***Removed from Superior Court for Santa Clara County Case No. 23CV413161***<br><br>**DECLARATION OF JAMES D. BERKLEY IN SUPPORT OF STIPULATION TO EXTENSION OF TIME FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**<br><br>*[Stipulation and [Proposed] Order filed concurrently herewith]* |

Mitchell Silberberg & Knupp LLP

CASE NO. 5:23-cv-03438-PCP

**DECLARATION OF JAMES D. BERKLEY**

I, James D. Berkley, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California and before this Court. I am Special Counsel at the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), and am counsel of record for Defendant Netflix, Inc. ("Netflix") in this action. Unless otherwise noted, I know the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2. On June 7, 2024, Netflix filed a Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF 44, 45);

3. On August 6, 2024, Plaintiffs filed an Opposition to Netflix's Motion to Dismiss (ECF 53), following a one-day extension of their deadline (ECF 51, 52);

4. On September 3, 2024, Netflix filed a Reply in support of its Motion to Dismiss (ECF 54, 55);

5. On October 3, 2024, the Court heard oral argument on Netflix's Motion to Dismiss (ECF 57);

6. On November 22, 2024, the Court granted Netflix's Motion to Dismiss, dismissed Plaintiffs' claims with prejudice, and entered judgment in favor of Netflix (ECF 58, 59);

7. Netflix intends to file a Motion for Attorneys' Fees and Bill of Costs, pursuant to 17 U.S.C. § 505, Fed. R. of Civ. P. 54(d), and Local Rules 54-1 to 54-5.

8. In light of the Thanksgiving holiday and the winter holidays, the parties agree to a two-week extension of the deadline for Netflix to file its intended Motion for Attorneys' Fees and Bill of Costs.

9. The proposed extensions will not otherwise affect the case schedule, as judgment has been entered in favor of Netflix, and the case is concluded.

10. Accordingly, the parties have stipulated that, upon consent of the Court, the deadline for Netflix to file a Motion for Attorneys' Fees and Bill of Costs shall be **December 20, 2024**.

11. In accordance with Local Rule 6-2(a)(2), other time modifications to date in this case include the following:

a) Netflix filed a Notice of Removal with this Court on July 11, 2023. This case was then initially assigned to Judge Beth Labson Freeman from the time of removal until it was reassigned to Judge Pitts on August 18, 2023. (ECF 18.) On August 7, 2023, Judge Labson Freeman granted the parties' stipulation to extend Plaintiffs' date to file a motion to remand to September 25, 2023, and ordered the date for the initial Case Management Conference changed to January 11, 2024. (ECF 12.)

b) On August 29, 2023, following reassignment of the case to this Court, this Court granted a stipulation of the parties resetting the deadline for the parties' initial Case Management Statement, initially reset to September 11, 2023, to January 4, 2024. (*See* ECF 18, 21.)

c) On September 25, 2023, following reassignment of the case to this Court, Plaintiffs filed their anticipated motion to remand (the "Motion to Remand"), which was later refiled as corrected and was subsequently fully briefed by the parties, including supplemental briefing after oral argument, which was held on December 14, 2023. (*See* ECF 22, 25-33, 37-40.)

d) On October 18, 2023, this Court granted a stipulation of the parties extending the parties' respective dates for their opposition and reply briefs concerning Plaintiffs' Motion to Remand from October 23, 2023 to November 10, 2023, and from November 13, 2023 to November 29, 2023, while maintaining the previously scheduled date of oral argument. ECF 24.

e) On December 26, 2023, following the Court's request for supplemental briefing on the motion to remand, the Court granted a stipulation of the parties to continue the date for the parties' Initial Case Management Conference pending resolution of the Motion to Remand, and to vacate related dates and deadlines. ECF 35.

f) On January 5, 2024, the Court granted a stipulation of the parties' extending the parties' deadlines for supplemental briefs on the motion for remand by one week, from January 5, 2024 to January 12, 2024. ECF 37.

g) On April 16, 2024, the Court denied Plaintiffs' Motion to Remand. *See* ECF 41. In its Order, the Court stated that pursuant to the parties' prior stipulation (ECF 12), Netflix's deadline to respond to the Complaint was May 17, 2024, Plaintiffs' deadline to respond to any motion to dismiss or *forum non conveniens* motion was June 14, 2024, and Netflix's reply deadline was July 5, 2024. The Court further reset the Initial Case Management Conference to October 3, 2024.

h) On May 3, 2024, the parties stipulated to extend the dates for Netflix's response to the Complaint and any associated briefing as follows: Netflix's deadline to respond to the Complaint: June 7, 2024; Plaintiffs' deadline to respond to any motion to dismiss or forum non conveniens motion: July 5, 2024; Netflix's reply deadline: July 26, 2024; the Court granted the parties' requested extensions. *See* ECF 42, 43.

i) On July 6, 2024, Plaintiffs' moved to extend their deadline to respond to Netflix's motion to dismiss to July 15, 2024, and the Court granted their requested extension. *See* ECF 46, 47.

j) On July 15, 2024, Plaintiffs' moved to extend their deadline to respond to Netflix's motion to dismiss to August 5, 2024, which Netflix did not oppose, and the Court granted their requested extension. *See* ECF 48-50.

k) On August 5, 2024, the parties stipulated to extend the date for Plaintiffs to respond to Netflix's motion to dismiss to August 6, 2024, and the Court granted their requested extension. *See* ECF 51, 52.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of November, 2024, at Los Angeles, California.

By:    /s/ James D. Berkley
         James D. Berkley