1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11  WHYTE MONKEE PRODUCTIONS, LLC,        CASE NO.  5:23-CV-03438-PCP
    and TIMOTHY SEPI,
12                                         The Honorable P. Casey Pitts
             Plaintiffs,
13                                         ***Removed from Superior Court for Santa Clara County Case No. 23CV413161***
         v.
14                                         **[PROPOSED] ORDER GRANTING STIPULATION TO EXTENSION OF TIME FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**
    NETFLIX, INC.
15
             Defendant.
16

17                                         *[Stipulation and Declaration of James D. Berkley filed concurrently herewith]*
18
19
20
21
22
23
24
25
26
27
28

                                                    CASE NO. 5:23-cv-03438-PCP
                                 [PROPOSED] ORDER

1   After full consideration of the parties' Stipulation to Extension of Time for Motion for
2   Attorneys' Fees and Bill of Costs (the "Stipulation"), the Court hereby orders as follows:
3   The Stipulation is **GRANTED**:
4   Netflix's deadline to file a Motion for Attorneys' Fees and Bill of Costs shall be extended to
5   **December 20, 2024**.
6   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8   DATED: _____

Honorable P. Casey Pitts
United States District Judge