UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WHYTE MONKEE PRODUCTIONS, LLC, and TIMOTHY SEPI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NETFLIX, INC.<br><br>　　　　Defendant. | CASE NO.  5:23-CV-03438-PCP<br><br>The Honorable P. Casey Pitts<br><br>***Removed from Superior Court for Santa Clara County Case No. 23CV413161***<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTENSION OF TIME FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS<br><br>*[Stipulation and Declaration of James D. Berkley filed concurrently herewith]* |

CASE NO. 5:23-cv-03438-PCP
[PROPOSED] ORDER

After full consideration of the parties' Stipulation to Extension of Time for Motion for Attorneys' Fees and Bill of Costs (the "Stipulation"), the Court hereby orders as follows:

The Stipulation is **GRANTED**:

Netflix's deadline to file a Motion for Attorneys' Fees and Bill of Costs shall be extended to **December 20, 2024**.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 2, 2024

Honorable P. Casey Pitts
United States District Judge