1  Ryan Hamilton (SBN 291349)
   HAMILTON LAW LLC
2  5125 South Durango, Suite C
3  Las Vegas, Nevada 89113
   (702) 818-1818
4  Ryan@HamLegal.com

5  James Banker (SBN 317242)
   DIGITAL JUSTICE FOUNDATION
6  210 Flamingo Road, #424
7  Las Vegas, Nevada 89169
   (714) 722-5658
8  JimBanker@Gmail.com

9  *Attorneys for Plaintiffs*

10

11                UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

13

| | |
|---|---|
| WHYTE MONKEE PRODUCTIONS, LLC, and TIMOTHY SEPI,<br><br>          Plaintiffs,<br><br>     v.<br><br>NETFLIX, INC.,<br><br>          Defendant. | CASE NO. 5:23-CV-03438-PCP<br><br>[The Honorable P. Casey Pitts]<br><br>**Removed from Superior Court for Santa Clara County Case No. 23CV413161**<br><br>**STIPULATION TO EXTENSION OF TIME FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** *(TWO ADDITIONAL WEEKS)*<br><br>*[[Proposed] Order and Declaration of Ryan Hamilton filed concurrently herewith]* |

1	Pursuant to Local Rule 6-2, Plaintiffs Whyte Monkee Productions, LLC and Timothy Sepi
2	(collectively "Plaintiffs") and Defendant Netflix, Inc. ("Netflix") hereby stipulate as follows.
3	This stipulation is entered into based on the following facts:
4	1.	On June 7, 2024, Netflix filed a Motion to Dismiss the Complaint Pursuant to Fed.
5	R. Civ. P. 12(b)(6) (ECF 44, 45);
6	2.	On August 6, 2024, Plaintiffs filed an Opposition to Netflix's Motion to Dismiss
7	(ECF 53), following a one-day extension of their deadline (ECF 51, 52);
8	3.	On September 3, 2024, Netflix filed a Reply in support of its Motion to Dismiss
9	(ECF 54, 55);
10	4.	On October 3, 2024, the Court heard oral argument on Netflix's Motion to Dismiss
11	(ECF 57);
12	5.	On November 22, 2024, the Court granted Netflix's Motion to Dismiss, dismissed
13	Plaintiffs' claims with prejudice, and entered judgment in favor of Netflix (ECF 58, 59);
14	6.	Netflix intends to file a Motion for Attorneys' Fees and Bill of Costs, pursuant to 17
15	U.S.C. § 505, Fed. R. of Civ. P. 54(d), and Local Rules 54-1 to 54-5.
16	7.	In light of the Thanksgiving holiday and the winter holidays, the parties agree to a
17	two-week extension of the deadline for Netflix to file its intended Motion for Attorneys' Fees and
18	Bill of Costs.
19	8.	The Parties respectfully jointly request two additional weeks to meet and confer
20	because Plaintiffs' counsel have been unable to reach their clients and, accordingly, need more time
21	to conduct the meet and confer.  They have been trying to do so in good faith, but on the hopes that
22	this would happen, this extension is sought fewer than 3 days prior to the deadline.
23	9.	This Court's individual practices ordinarily require a 72-hour timeframe for
24	stipulation on extensions of time and the Parties had hoped not to need this extension, but due to
25	inability to reach client's need more time.
26	10.	The proposed extensions will not otherwise affect the case schedule, as judgment
27	has been entered in favor of Netflix, and the case is concluded.
28

**STIPULATION TO EXTENSION FOR MOTION FOR ATTORNEYS FEES AND BILL OF COSTS**

NOW THEREFORE, the parties agree as follows:

Upon consent of the Court, the deadline for Netflix to file a Motion for Attorneys' Fees and Bill of Costs shall be **January 3, 2025**.

DATED: December 19, 2024					RESPECTFULLY SUBMITTED,

								RYAN HAMILTON
								HAMILTON LAW LLC

								By: /s/*Ryan Hamilton*
								     Ryan Hamilton
								     Attorneys for Plaintiffs Whyte Monkee
								     Productions, LLC and Timothy Sepi

DATED: December 19, 2024					ROBERT H. ROTSTEIN
								EMILY F. EVITT
								JAMES BERKLEY
								MITCHELL SILBERBERG & KNUPP LLP

								By: /s/*James D. Berkley*
								     James D. Berkley
								     Attorneys for Defendant Netflix, Inc.

**Attestation Regarding Signatures-Local Rule 5-1(i)(3)**

I, Ryan Hamilton, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

								By: /s/*Ryan Hamilton*
								     Ryan Hamilton