1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| WHYTE MONKEE PRODUCTIONS, LLC, and TIMOTHY SEPI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NETFLIX, INC.<br><br>　　　　Defendant. | CASE NO.  5:23-CV-03438-PCP<br><br>The Honorable P. Casey Pitts<br><br>***Removed from Superior Court for Santa Clara County Case No. 23CV413161***<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTENSION OF TIME FOR MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** |

CASE NO. 5:23-cv-03438-PCP

**[PROPOSED] ORDER**

1  After full consideration of the parties' Stipulation to Extension of Time for Motion for
2  Attorneys' Fees and Bill of Costs (the "Stipulation"), the Court hereby orders as follows:
3  The Stipulation is **GRANTED**:
4  Netflix's deadline to file a Motion for Attorneys' Fees and Bill of Costs shall be extended to
5  **January 3, 2025**.
6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Honorable P. Casey Pitts
United States District Judge